IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

W.T.,

    Plaintiff,

v.                                          Civil Action No. 5:21-CV-178

UNITED STATES OF AMERICA;
RDAP INSTRUCTOR HOSEA LEE

    Defendants.

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2, of the U.S. District Court for the Eastern District of Kentucky, Attorney Jay T. McCamic, applies for admission to appear *pro hac vice* in the above styled matter in the Eastern District of Kentucky, accompanied by counsel of record David G. Bryant, who is a member of the Kentucky Bar. Attorney Jay T. McCamic has undertaken the representation of the plaintiff in this matter as co-counsel. In that regard, counsel Jay T. McCamic submits as follows:

1. Admission Status.

Counsel is admitted to practice the following Bars. As counsel is a resident of the State of West Virginia, a certificate of good standing in the Supreme Court of Appeals of West Virginia is attached as **Exhibit A**.

        West Virginia, May 1984
        Supreme Court of Appeals of West Virginia, 1984
        U.S. District Court Southern District of West Virginia, 1984
        U.S. District Court Northern District of West Virginia, 1988
        U.S. Court of Appeals 4th Circuit, 1988
        U.S. Supreme Court, 1991
        Pennsylvania, 1993
        U.S. District Court Western District of Pennsylvania, 1996

2. Disciplinary History.

Counsel is not currently nor has ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, state, territory, or the District of Columbia.

3. Consent to Jurisdiction.

Counsel hereby consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. ECF Training.

Counsel has been trained via online tutorials and in person in the use of the Court's electronic filing system in the U.S. District Court Southern District of West Virginia, U.S. District Court Northern District of West Virginia, U.S. Court of Appeals, U.S. District Court Western District Pennsylvania, U.S. District Court Middle District Pennsylvania, U.S. District Court Maryland, and U.S. District Court Puerto Rico.

5. Local counsel David G. Bryant of the firm David Bryant Law, PLLC is a member of the State Bar of Kentucky, has been admitted to practice in the Eastern District of Kentucky, and has consented to the designation as local counsel in this matter. His address is 600 W. Main Street, Ste. 100, Louisville, KY 40202. His telephone number is 502-540-1221 and fax is 502-540-1200. Email address is [david@davidbryantlaw.com](david@davidbryantlaw.com).

WHEREFORE, above premises considered, and for good cause shown, Plaintiff asks this court to permit Jay T. McCamic to appear *pro hac vice* in this matter.

Respectfully submitted,

*/s/Jay T. McCamic*
Jay T. McCamic, Esq. (WVSB# 2386)
MCCAMIC LAW FIRM, PLLC
80 12th Street, Ste. 305
P.O. Box 151
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

*/s/ David G. Bryant*
David G. Bryant, Esq. (KBN 91351)
David Bryant Law, PLLC
600 W. Main Street, STE 100
Louisville, KY 40202
Telephone: 502-540-1221
Fax: 502-540-1200
david@davidbryantlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, I electronically filed the above motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Jay T. McCamic*
Jay T. McCamic, Esq. (WVSB# 2386)
McCamic Law Firm, PLLC
80 12th Street, Ste. 305
P.O. Box 151
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

*/s/ David G. Bryant*
David G. Bryant, Esq. (KBN 91351)
David Bryant Law, PLLC
600 W. Main Street, STE 100
Louisville, KY 40202
Telephone: 502-540-1221
Fax: 502-540-1200
david@davidbryantlaw.com