IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

W.T.,

     Plaintiff,

v.                                   Civil Action No. 5:21-CV-178

UNITED STATES OF AMERICA;
RDAP INSTRUCTOR HOSEA LEE

     Defendants.

## **ORDER**

A motion for leave to appear pro hac vice as co-counsel for the Plaintiff has been filed by attorney Jay T. McCamic. The motion demonstrates that Mr. McCamic is a member in good standing of the West Virginia State Bar and that he resides and regularly practices law in the State of West Virginia. Mr. McCamic has studied and is familiar with the Local rules of this District, and the docket confirms that the $125.00 pro hac vice admission fee has been paid. This motion is in compliance with Local Rule 83 and is **GRANTED**.

     **ORDERED** on _____, 2021.

                                    _____
                                    United States District Judge