UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| W.T., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:21-CV-178-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION FOR** |
| UNITED STATES OF AMERICA, et al., | ) | **EXTENSION OF TIME** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiff and Defendant, United States of America's Proposed Agreed Order for Extension of Time [R. 17]. Having reviewed the proposed agreed order, and the Court being otherwise sufficiently advised;

**IT IS ORDERED** as follows:

1. The parties' Proposed Agreed Order for Extension of Time [**R. 17**] is **GRANTED**.

2. Defendant United States of America **SHALL** have **up to and including September 29, 2021,** within which to answer, move or otherwise respond to the Complaint.

This the 12th day of August, 2021.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY